IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INFORMATION DOCK ANALYTICS LLC,
a Delaware Series Limited Liability Company;
INFORMATION DOCK ANALYTICS LLC
PROTECTED SERIES SHORT; INFORMATION
DOCK ANALYTICS LLC PROTECTED SERIES
MID; INFORMATION DOCK ANALYTICS LLC
PROTECTED SERIES LONG; INFORMATION
DOCK ANALYTICS LLC PROTECTED SERIES
ISLAND; and INFORMATION DOCK ANALYTICS
LLC PROTECTED SERIES MUTLI,

    Plaintiffs,

vs.                                                          Civ. No. 18-0380 KG/JFR

MICHAEL COUGHLIN and M. KAY COUGHLIN,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On July 15, 2021, the parties informed the Court that they reached a settlement effective February 4, 2021, which involved appointing a Receiver to manage the art and artifacts at issue in the case. (Doc. 40). The parties indicate that, as of July 13, 2021, the Receiver believes he has secured possession, custody, and control over all of the art and artifacts. (*Id.*) Plaintiffs to this case agree with the Receiver, but the Coughlins (Defendants in this case) believe there are outstanding issues with the Receiver's determination. (*Id.*) The parties agree that the issue would be resolved in the state court case.

The parties are hereby ordered to submit a Joint Status Report regarding resolution of the Receiver's possession, custody, and control in the collateral state court case (New Mexico No. D-101-CV-2012-02707) no later than October 15, 2021. The parties are further ordered to

submit a Joint Status Report regarding ongoing performance of their obligations under the settlement agreement and any additional issues every ninety (90) days thereafter.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE